# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Troy Lamont Murphy | Case No: 5:04-CR-241-2FL<br>USM No: 24758-056 |
| Date of Original Judgment: 07/19/2005<br>Date of Previous Amended Judgment: 09/15/2009<br>(Use Date of Last Amended Judgment if Any) | Laura Wasco<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 324 months **is reduced to** 262 months.

Count 1: 262 months
Count 5: 262 months, concurrent

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 19, 2005, and September 15, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: May 23, 2014

Effective Date: _____
*(if different from order date)*

*/s/ Louise W. Flanagan*
Judge's signature

Louise W. Flanagan, U.S. District Judge
Printed name and title