# UNITED STATES DISTRICT COURT
для the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Troy Lamont Murphy | )<br>)<br>)<br>)   Case No:   5:04-CR-241-2FL<br>)   USM No:   24758-056<br>) |
| Date of Original Judgment:   July 19, 2005<br>Date of Previous Amended Judgment:   May 23, 2014<br>*(Use Date of Last Amended Judgment if Any)* | )   Robert E. Waters<br>    *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   262   months **is reduced to**   240 months per count, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated   July 19, 2005; September 15, 2009; & May 23, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date:   December 8, 2015                      */s/ Louise W. Flanagan*
                                                                                    *Judge's signature*

Effective Date:  _____                Louise W. Flanagan, U.S. District Judge
            *(if different from order date)*                           *Printed name and title*